**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KATHERINE LEWISON**                                                    **PLAINTIFF**

**v.**                            **CASE NO. 4:25-CV-00496-BSM**

**ALLSTATE INSURANCE COMPANY**                              **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of May, 2026.


_____
UNITED STATES DISTRICT JUDGE